IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 14-10069 |
| DIVERSIFIED SOLUTIONS, INC. | § | |
| | § | Chapter 11 |
| Debtor. | § | |

AMENDED CERTIFICATE OF SERVICE FOR
SUPPLEMENT TO DEBTOR'S
EXPEDITED MOTION TO ENFORCE THE AUTOMATIC STAY

    I, Lynn Hamilton Butler, hereby certify that a true and correct copy of Supplement to Debtor's Expedited Motion to Enforce the Automatic Stay, filed on January 16, 2014, [Dkt. 5] was served on the parties listed on the attached Matrix, via United States first-class mail, on

Date: January 16, 2014

Respectfully submitted,

HUSCH BLACKWELL LLP
111 Congress Ave., Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 226-7318 (Fax)
lynn.butler@huschblackwell

By: */s/ Lynn Hamilton Butler*
      Lynn Hamilton Butler
      State Bar No. 03527350

PROPOSED ATTORNEYS FOR DEBTOR

```
Label Matrix for local noticing          Diversified Solutions, Inc.              U.S. BANKRUPTCY COURT
0542-1                                    8101 Avella Drive                        903 SAN JACINTO, SUITE 322
Case 14-10069-tmd                         Austin, TX 78729-4939                    AUSTIN, TX 78701-2450
Western District of Texas
Austin
Thu Jan 16 14:53:52 CST 2014

Adam S. Mocciolo                          Alison Marie Perry                       Amber Giles
Pullman & Comley                          Pullman & Comley                         5102 Doss Road
850 Main Street                           840 Main Street                          Austin, TX 78734-1209
Bridgeport, CT 06604-4988                 Bridgeport, CT 06604


American Express                          Anthem Blue Cross                        Audimation Services, Inc.
Attn: Bankruptcy Division                 P.O. Box 9051                            1250 Wood Branch Park Dr., Suite 480
P.O. Box 360002                           Oxnard, CA 93031-9051                    Houston, TX 77079-1212
Fort Lauderdale, FL 33336-0002


Brian J. Sol                              CH Services, Inc.                        Christopher P. McCormack
P.O. Box 2472                             11011 Domain Drive                       Pullman & Comley
Stateline, NV 89449-2472                  Austin, TX 78758-7764                    840 Main Street
                                                                                   Bridgeport, CT 06604


Cody Hobza                                Dan Hernandez                            (p)INTERNAL REVENUE SERVICE
13008 Hymeadow Circle                     2635 W. 45th                             CENTRALIZED INSOLVENCY OPERATIONS
Austin, TX 78729-1758                     Austin, TX 78731-5941                    PO BOX 7346
                                                                                   PHILADELPHIA PA 19101-7346


Diamond Aviation Services                 Earthnet, Inc.                           Elizabeth Viveros
3205 Paseo Vista                          4735 Walnut St., Suite F                 1175 Prussian Way
San Martin, CA 95046-9700                 Boulder, CO 80301-2553                   Oceanside, CA 92057-1840


Employment Development Department         FedEx                                    Franchise Tax Board
State of California                       Attn: Bankruptcy Div.                    Bankruptcy Section, MS A-340
Bankruptcy Unit - MIC 92E                 P.O. Box 7221                            P.O. Box 2952
P.O. Box 826880                           Pasadena, CA 91109-7321                  Sacramento, CA 95812-2952
Sacramento, CA 94280-0001


Garnet Analytics, Inc.                    Halloran & Sage LLP                      Internal Revenue Service
324 Elm Street, Suite 103B                Attn: Joseph J. Arcata, III, Esq.        P.O. Box 7346
Monroe, CT 06468-2283                     One Goodwin Square                       Philadelphia, PA 19101-7346
                                          225 Asylum St.
                                          Hartford, CT 06103-1516


Kondler & Associates                      Larry Conklin                            Lubich & Lubich
6460 Medical Center St., Suite 230        1175 Prussian Way                        16375 Monterey Road, Suite N
Las Vegas, NV 89148-2421                  Oceanside, CA 92057-1840                 Morgan Hill, CA 95037-5442


Lynn H. Butler                            Manaya Management, Inc.                  Mark Astleford
Husch Blackwell LLP                       P.O. Box 2472                            15450 FM 1325 - Apt. # 1536
111 Congress Avenue, Suite 1400           Stateline, NV 89449-2472                 Austin, TX 78728-2838
Austin, TX 78701-4093
```

| | | |
|---|---|---|
| Michael Lundy<br>8101 Avella Drive<br>Austin, TX 78729-4939 | Moco Tax<br>3080 Bristol Street, Suite 110<br>Costa Mesa, CA 92626-3055 | PM3 Consulting, Inc.<br>3220 Feathergrass Ct., 9106<br>Austin, TX 78758-7778 |
| Patricia Menz<br>2207 Pasadena Dr., #9<br>Austin, TX 78757-2214 | Premiere Global Services<br>P.O. Box 404351<br>Atlanta, GA 30384-4351 | Secretary of State<br>State of California<br>1500 11th Street<br>Sacramento, CA 95814-5701 |
| Secrtary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, DC 20220-0001 | Sourcive, Inc.<br>4255 Garlan Lane<br>Reno, NV 89509-5444 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| Texas Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Workforce Commission<br>Tax-Collections<br>101 E. 15th Street<br>Austin, TX 78778-0001 |
| Tristan Scott Cowperthwait<br>Pullman & Comley<br>840 Main Street<br>Bridgeport, CT 06604 | U.S. Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0009 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| U.S. Department of the Treasury<br>Attn: Bankruptcy Dept.<br>Ogden, UT 84201-0001 | Unified Services<br>2635 W. 45th<br>Austin, TX 78731-5941 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| Verizon<br>Attn: Bankruptcy Div<br>P.O. Box 920041<br>Dallas, TX 75392-0041 | Verizon Wireless<br>Attn: Bankruptcy Div.<br>P.o. Box 660108<br>Dallas, TX 75266-0108 | Wells Fargo Business Card<br>P.O. Box 54349<br>Los Angeles, CA 90054-0349 |
| Williamson County Tax Assessor<br>904 South Main<br>Georgetown, TX 78626-5829 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of Treasury<br>Attn: Bankruptcy Div.<br>P.O. Box 105083<br>Atlanta, GA 30348 | (d)Internal Revenue Service<br>Attn: Bankruptcy Division<br>P.O. Box 105078<br>Atlanta, GA 30348 | (d)Internal Revenue Service<br>Attn: Bankruptcy Division<br>P.O. Box 105083<br>Atlanta, GA 30348 |

| | | |
|---|---|---|
| State Board of Equalization<br>State of California<br>Account & Analysis & Control Section<br>P.O. Box 942879<br>Sacramento, CA 94279 | Texas Comptroller<br>c/o Susan Combs<br>P.O. Box 13528<br>Austin, TX 78711-3528 | U.S. Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Brian J. Sol.<br>P.O. Box 2472<br>Stateline, NV 89449-2472 | (d)Lynn H. Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | End of Label Matrix<br>Mailable recipients  51<br>Bypassed recipients   2<br>Total                53 |