IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 14-10069 |
| **DIVERSIFIED SOLUTIONS, INC.** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

MOTION TO EXPEDITE HEARING ON
DEBTOR'S EXPEDITED MOTION TO ENFORCE THE AUTOMATIC STAY

TO THE HONORABLE TONY M. DAVIS,
UNITED STATES BANKRUPTCY JUDGE:

DIVERSIFIED SOLUTIONS, INC., the Debtor-In-Possession files this *Motion to Expedite Hearing on Debtor's Expedited Motion to Enforce the Automatic Stay* ("Motion to Expedite") and would respectfully show the Court as follows:

1. On January 17, 2014, Debtor filed a Motion to Enforce the Automatic Stay [Dkt. 4].

2. As noted in the Supplement to Motion to Enforce the Automatic Stay [Dkt. 5], the Connecticut District Court is continuing the proceeding in Connecticut notwithstanding the imposition of the automatic stay. Given the allegations set forth in Count VI of Garnet Analytics' Complaint, the allegations against both the Debtor and the other defendants are significantly intertwined. Complaint, at p. 14-16. Further, Garnet Analytic's has taken no efforts to either attempt to obtain stay relief from this Court or to sever out the Debtor from the Connecticut proceedings. Consequently, any action within the Connecticut proceeding constitutes a continuation of a judicial proceeding against the Debtor.

3. Diversified believes that Judge Eginton, the district court judge in Connecticut, has an understandable misunderstanding of the application of the automatic stay. By statute, the

Connecticut proceeding was automatically stayed temporarily. In order for the proceeding to continue against non-debtors only, certain actions must take place: either the stay must be lifted by this Court or the Debtor is severed from the proceeding. Without either, the Debtor is still in the proceeding and is still in danger of being prejudiced by whatever ruling Judge Eginton may have, notwithstanding the stay.

4. Given the nature of the Connecticut proceeding, and the now-scheduled hearing in Connecticut for 10 a.m. Central time, tomorrow, January 17, 2014, the Debtor requests expedited consideration of the Motion to Enforce the Automatic Stay.

WHEREFORE, the Debtor requests this Court: (i) grant this Motion to Expedite; (ii) schedule a hearing on its Motion to Enforce the Automatic Stay at its earliest convenience; and (iii) grant such further relief to which it is justly entitled.

Date: January 16, 2014            Respectfully submitted,

HUSCH BLACKWELL LLP
111 Congress Ave., Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 226-7318 (Fax)
lynn.butler@huschblackwell

By: */s/ Lynn Hamilton Butler*
Lynn Hamilton Butler
State Bar No. 03527350

PROPOSED ATTORNEYS FOR DEBTOR

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with all impacted parties and none are opposed to an expedited hearing.

*/s/ Lynn Hamilton Butler* _____
Lynn Hamilton Butler

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 16TH day of January, 2014, a true and correct copy of the foregoing pleading was served, via the Court's CM/ECF notification system and/or regular first class mail, on the parties set forth on the attached Matrix. The foregoing pleading was also served by email on counsel for Garnet Analytics, Inc. at:

McCormack, Christopher P. [mailto:CMcCormack@PULLCOM.COM]

                                                          */s/ Lynn Hamilton Butler*
                                                          Lynn Hamilton Butler

AUS-5693067-1 519891/1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 14-10069-tmd<br>Western District of Texas<br>Austin<br>Thu Jan 16 14:53:52 CST 2014 | Diversified Solutions, Inc.<br>8101 Avella Drive<br>Austin, TX 78729-4939 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| Adam S. Mocciolo<br>Pullman & Comley<br>850 Main Street<br>Bridgeport, CT 06604-4988 | Alison Marie Perry<br>Pullman & Comley<br>840 Main Street<br>Bridgeport, CT 06604 | Amber Giles<br>5102 Doss Road<br>Austin, TX 78734-1209 |
| American Express<br>Attn: Bankruptcy Division<br>P.O. Box 360002<br>Fort Lauderdale, FL 33336-0002 | Anthem Blue Cross<br>P.O. Box 9051<br>Oxnard, CA 93031-9051 | Audimation Services, Inc.<br>1250 Wood Branch Park Dr., Suite 480<br>Houston, TX 77079-1212 |
| Brian J. Sol<br>P.O. Box 2472<br>Stateline, NV 89449-2472 | CH Services, Inc.<br>11011 Domain Drive<br>Austin, TX 78758-7764 | Christopher P. McCormack<br>Pullman & Comley<br>840 Main Street<br>Bridgeport, CT 06604 |
| Cody Hobza<br>13008 Hymeadow Circle<br>Austin, TX 78729-1758 | Dan Hernandez<br>2635 W. 45th<br>Austin, TX 78731-5941 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Diamond Aviation Services<br>3205 Paseo Vista<br>San Martin, CA 95046-9700 | Earthnet, Inc.<br>4735 Walnut St., Suite F<br>Boulder, CO 80301-2553 | Elizabeth Viveros<br>1175 Prussian Way<br>Oceanside, CA 92057-1840 |
| Employment Development Department<br>State of California<br>Bankruptcy Unit - MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | FedEx<br>Attn: Bankruptcy Div.<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Garnet Analytics, Inc.<br>324 Elm Street, Suite 103B<br>Monroe, CT 06468-2283 | Halloran & Sage LLP<br>Attn: Joseph J. Arcata, III, Esq.<br>One Goodwin Square<br>225 Asylum St.<br>Hartford, CT 06103-1516 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kondler & Associates<br>6460 Medical Center St., Suite 230<br>Las Vegas, NV 89148-2421 | Larry Conklin<br>1175 Prussian Way<br>Oceanside, CA 92057-1840 | Lubich & Lubich<br>16375 Monterey Road, Suite N<br>Morgan Hill, CA 95037-5442 |
| Lynn H. Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | Manaya Management, Inc.<br>P.O. Box 2472<br>Stateline, NV 89449-2472 | Mark Astleford<br>15450 FM 1325 - Apt. # 1536<br>Austin, TX 78728-2838 |

```
Michael Lundy                       Moco Tax                              PM3 Consulting, Inc.
8101 Avella Drive                   3080 Bristol Street, Suite 110        3220 Feathergrass Ct., 9106
Austin, TX 78729-4939               Costa Mesa, CA 92626-3055             Austin, TX 78758-7778


Patricia Menz                       Premiere Global Services              Secretary of State
2207 Pasadena Dr., #9               P.O. Box 404351                       State of California
Austin, TX 78757-2214               Atlanta, GA 30384-4351                1500 11th Street
                                                                          Sacramento, CA 95814-5701


Secrtary of the Treasury            Sourcive, Inc.                        (p)CALIFORNIA STATE BOARD OF EQUALIZATION
1500 Pennsylvania Avenue, N.W.      4255 Garlan Lane                      ACCOUNT REFERENCE GROUP MIC 29
Washington, DC 20220-0001           Reno, NV 89509-5444                   P O BOX 942879
                                                                          SACRAMENTO CA 94279-0029


Texas Attorney General              (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS   Texas Workforce Commission
Bankruptcy & Collections Division   REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION  Tax-Collections
P.O. Box 12548                      PO BOX 13528                          101 E. 15th Street
Austin, TX 78711-2548               AUSTIN TX 78711-3528                  Austin, TX 78778-0001


Tristan Scott Cowperthwait          U.S. Attorney General                 (p)US BANK
Pullman & Comley                    Department of Justice                 PO BOX 5229
840 Main Street                     950 Pennsylvania Avenue NW            CINCINNATI OH 45201-5229
Bridgeport, CT 06604                Washington, DC 20530-0009


U.S. Department of the Treasury     Unified Services                      United States Trustee - AU12
Attn: Bankruptcy Dept.              2635 W. 45th                          United States Trustee
Ogden, UT 84201-0001                Austin, TX 78731-5941                 903 San Jacinto Blvd, Suite 230
                                                                          Austin, TX 78701-2450


Verizon                             Verizon Wireless                      Wells Fargo Business Card
Attn: Bankruptcy Div                Attn: Bankruptcy Div.                 P.O. Box 54349
P.O. Box 920041                     P.o. Box 660108                       Los Angeles, CA 90054-0349
Dallas, TX 75392-0041               Dallas, TX 75266-0108


Williamson County Tax Assessor
904 South Main
Georgetown, TX 78626-5829
```

                  The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                  by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department of Treasury              (d)Internal Revenue Service           (d)Internal Revenue Service
Attn: Bankruptcy Div.               Attn: Bankruptcy Division             Attn: Bankruptcy Division
P.O. Box 105083                     P.O. Box 105078                       P.O. Box 105083
Atlanta, GA 30348                   Atlanta, GA 30348                     Atlanta, GA 30348
```

| | | |
|---|---|---|
| State Board of Equalization | Texas Comptroller | U.S. Bank |
| State of California | c/o Susan Combs | P.O. Box 790408 |
| Account & Analysis & Control Section | P.O. Box 13528 | Saint Louis, MO 63179 |
| P.O. Box 942879 | Austin, TX 78711-3528 | |
| Sacramento, CA 94279 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | | |
|---|---|---|---|
| (d)Brian J. Sol. | (d)Lynn H. Butler | End of Label Matrix | |
| P.O. Box 2472 | Husch Blackwell LLP | Mailable recipients | 51 |
| Stateline, NV 89449-2472 | 111 Congress Avenue, Suite 1400 | Bypassed recipients | 2 |
| | Austin, TX 78701-4093 | Total | 53 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 14-10069 |
| **DIVERSIFIED SOLUTIONS, INC.** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON
DEBTOR'S EXPEDITED MOTION TO ENFORCE THE AUTOMATIC STAY**

Came on for consideration, the Motion to Expedite Hearing on Debtor's Expedited Motion to Enforce the Automatic Stay, and the Court, having reviewed and considered the Motion, finds that it is meritorious and should be granted. It is, therefore:

ORDERED that Motion to Expedite Hearing on J Debtor's Expedited Motion to Enforce the Automatic Stay be, and hereby is, GRANTED; and it is further

ORDERED that a hearing on Motion to Expedite Hearing on Debtor's Expedited Motion to Enforce the Automatic Stay is set for January ____, 2014 at ____ _.m. Debtor shall be responsible for notice.

AUS-5693177-1

# # #

Order prepared and submitted by:

Lynn Hamilton Butler
State Bar No. 03527350
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 479-9758
(512) 226-7318 (fax)

PROPOSED ATTORNEYS FOR
DIVERSIFIED SOLUTIONS, INC.

2

AUS-5693177-1