FILED
JAN 21 2014
U.S. BANKRUPTCY COURT
BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re:                                    x
                                          :    Chapter 11
DIVERSIFIED SOLUTIONS, INC.               :
                                          :    Case No. 14-10069
                                          :
                Debtor.                   :
                                          x

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Christopher P. McCormack ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent Garnet Analytics, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Pullman & Comley, LLC, with offices at:

    Mailing Address: 850 Main Street
    City, State, Zip: Bridgeport, CT 06604
    Telephone: (203) 330-2000  Fax: (203) 576-8888
    E-mail Address: cmccormack@pullcom.com

2. Since 1987, Applicant has been and presently is a member of and in good standing with the Bar of the State of CT. Applicant's bar license number is 307232.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission Date: |
|---|---|
| Connecticut | November 25, 1987 |
| U.S. District Court, District of Connecticut | January 5, 1989 |
| U.S. Court of Appeals, Second Circuit | August 20, 1991 |
| U.S. Supreme Court | April 28, 2003 |
| U.S. Court of Appeals for the D.C. Circuit | February 19, 2003 |

4. Applicant is presently in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_____

_____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceeding while a member of the bar of any state or federal court, except as provided below:

_____

_____

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. ☒ Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

2

☐ Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of Christopher P. McCormack to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

/s/ *Christopher P. McCormack*
Christopher P. McCormack
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone 203 330 2000
Facsimile 203 576 8888
cmccormack@pullcom.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 17th day of January, 2014.

Lynn Hamilton Butler, Esq.
Husch Blackwell LLP
111 Congress Avenue – Suite 1400
Austin, TX 78701

Joseph J. Arcata, III, Esq.
Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103

/s/ *Christopher P. McCormack*
Christopher P. McCormack
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone 203 330 2000
Facsimile 203 576 8888
cmccormack@pullcom.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| DIVERSIFIED SOLUTIONS, INC. | : : | Case No. 14-10069 |
| Debtor. | : X | |

## ORDER

BE IT REMEMBERED on this the ____ day of January, 2014, there was presented to the Court the motion for Admission *Pro Hac Vice* filed by Christopher P. McCormack, Esq., ("Applicant"), counsel for Garnet Analytics, Inc. and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Garnet Analytics, Inc. in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

# # #