UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



F I L E D

JAN 2 1 2014

U.S. BANKRUPTCY COURT
BY_____DEPUTY

In re:                                          x
                                                :    Chapter 11
DIVERSIFIED SOLUTIONS, INC.,                    :
                                                :    Case No. 14-10069
                                                :
                Debtor.                         x

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Irve J. Goldman ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent Garnet Analytics, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Pullman & Comley, LLC, with offices at:

> Mailing Address: 850 Main Street
> City, State, Zip: Bridgeport, CT 06604
> Telephone: (203) 330-2000 Fax: (203 576-8888
> E-mail Address: igoldman@pullcom.com

2. Since February 5, 1988, Applicant has been and presently is a member of and in good standing with the Bar of the State of Connecticut. Applicant's bar license number is 307696.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission Date: |
|---|---|
| All State Courts of Connecticut | 2/22/88 |
| U.S. District Court, District of Connecticut | 2/5/88 |
| U.S. District Court, Eastern District of New York | 7/8/91 |
| U.S. District Court, Northern District of New York | 1/2002 |
| U.S. District Court, Southern District of New York | 7/3/90 |
| U.S. Court of Appeals for the Second Circuit | 8/30/13 |
| U.S. District Court for the Eastern District of Penna. | 7/31/85 |

4. Applicant is presently in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceeding while a member of the bar of any state or federal court, except as provided below:

N/A

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. ☒ Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

☐ Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of Irve J. Goldman to the U.S. Bankruptcy Court for the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

/s/ Irve J. Goldman
Irve J. Goldman
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203) 330-2000
Facsimile: (203) 576-8888
igoldman@pullcom.com

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 17th day of January, 2014.

Lynn Hamilton Butler, Esq.
Husch Blackwell LLP
111 Congress Avenue – Suite 1400
Austin, TX 78701

Joseph J. Arcata, III, Esq.
Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103

/s/ Irve J. Goldman
Irve J. Goldman
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203) 330-2000
Facsimile: (203) 576-8888
igoldman@pullcom.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: x | |
| : | Chapter 11 |
| DIVERSIFIED SOLUTIONS, INC. : | |
| : | Case No. 14-10069 |
| : | |
| Debtor. X | |

## ORDER

BE IT REMEMBERED on this the _____ day of January, 2014, there was presented to the Court the motion for Admission *Pro Hac Vice* filed by Irve J. Goldman, Esq. ("Applicant"), counsel for Garnet Analytics, Inc. and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Garnet Analytics, Inc. in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the U.S. Court for the Western District of Texas.

# # #