

FILED
JAN 23 2014
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

---

In re:                                    x
                                          :   Chapter 11
DIVERSIFIED SOLUTIONS, INC.               :
                                          :   Case No. 14-10069 (TMD)
                                          :
              Debtor.                     x

---

## MOTION OF GARNET ANALYTICS, INC. FOR LEAVE TO FILE IN PAPER FORM

TO THE HONORABLE TONY M. DAVIS:

Pursuant to the Standing Order of the Court entered on April 27, 2011, Garnet Analytics, Inc. ("GAI"), hereby seeks leave of Court to file certain motions and pleadings identified herein in paper form, and respectfully submits in support thereof the following:

1. On January 14, 2014, Diversified Solutions, Inc. ("Debtor" or "DSI") filed a voluntary petition for relief under chapter 11 in this Court.

2. On January 16, 2014, the Debtor filed an Expedited Motion to Enforce the Automatic Stay, which the Court scheduled for telephonic conference on January 17, 2014. During the telephonic conference, the Court directed counsel for GAI to file a statement setting forth the actions GAI intended to proceed with against Michael Lundy and Brian Sol in the action pending in the U.S. District Court for the District of Connecticut under Case No. 3:12-CV-00716-WWE (the "Connecticut Action").

3. On January 17, 2014, GAI received permission from the law clerk of the Honorable Tony M. Davis to transmit the following to Chambers by e-mail transmission (the Pleadings"):

a. Motion for Admission Pro Hac Vice for admission of Irve Goldman, Esq.;

b. Motion for Admission Pro Hac Vice for admission of Christopher P. McCormack, Esq.; and

c. Preliminary Response of Garnet Analytics, Inc. to Motions Re: Connecticut Litigation Involving Diversified Solutions, Inc.

4. Given the time constraints with which they were confronted, counsel for GAI were unable to become ECF registrants with this Court or to retain local counsel prior to the time required for the filing of the Pleadings.

5. Accordingly, GAI respectfully requests that the Court permit the Pleadings to be filed in paper form.

**WHEREFORE,** GAI respectfully requests that the Court permit GAI to file the Pleadings in paper form.

Dated: Bridgeport, Connecticut
January 22, 2014

Respectfully submitted,

Irve J. Goldman
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone 203 330 2000
Facsimile 203 576 8888
igoldman@pullcom.com
Bar No.: 307696 (Conn.)
Attorneys for GAI

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this Motion upon attorney of record in this case as identified below on this the 22nd day of January, 2014.

Lynn Hamilton Butler, Esq.
Husch Blackwell LLP
111 Congress Avenue – Suite 1400
Austin, TX 78701

Joseph J. Arcata, III, Esq.
Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103

_____
Irve J. Goldman
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone 203 330 2000
Facsimile 203 576 8888
igoldman@pullcom.com
Bar No.: 307696 (Conn.)
Attorney for GAI

3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

---

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| DIVERSIFIED SOLUTIONS, INC. | : : | Case No. 14-10069 |
| Debtor. | : x | |

## ORDER PERMITTING FILING OF
## PAPERS IN PAPER FORM

Upon the Motion of Garnet Analytics, Inc. for Leave to File in Paper Form (the "Motion"), and good cause appearing, it is hereby

**ORDERED,** that the Motion is granted and GAI is permitted to file the Pleadings, as they are identified in the Motion, in paper form.

# # #