# EXHIBIT K

## Dean, Mary

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Monday, January 06, 2014 2:44 PM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:12-cv-00716-WWE Garnet Analytics, Inc. v. Diversified Solutions, Inc. et al Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### United States District Court for the District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 1/6/2014 at 2:43 PM EST and filed on 1/6/2014
**Case Name:** Garnet Analytics, Inc. v. Diversified Solutions, Inc. et al
**Case Number:** 3:12-cv-00716-WWE
**Filer:**
**Document Number:** 322(No document attached)

**Docket Text:**
**ORDER Upon review pursuant to the clearly erroneous standard, the Court hereby OVERRULES defendant's objection to Magistrate Judge Fitzsimmons Amended Ruling granting plaintiff's application for prejudgment remedy. The assets should be submitted to attachment in accordance with the prejudgment remedy within eight days of this order. re [320] Objection/Reply/Response to Recommended Ruling filed by Diversified Solutions, Inc., Michael Lundy, Brian Sol**
**Signed by Judge Warren W. Eginton on 1/6/2014.(Ghilardi, K.)**

**3:12-cv-00716-WWE Notice has been electronically mailed to:**

George D. Royster, Jr royster@halloran-sage.com, mcdermott@halloran-sage.com, pinell@halloran-sage.com

Christopher P. McCormack cmccormack@pullcom.com, mdupont@pullcom.com, plebel-lasse@pullcom.com

Christopher J. McCarthy McCarthy@Halloran-Sage.com

Daniel J. Krisch krisch@halloran-sage.com, houle@halloran-sage.com

1

Adam S. Mocciolo Amocciolo@pullcom.com, lbaranyar@pullcom.com

Joseph J. Arcata, III arcata@halloran-sage.com, bernier@halloran-sage.com

Peter Robert Meggers meggers@halloran-sage.com

**3:12-cv-00716-WWE Notice has been delivered by other means to:**

## Dean, Mary

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Wednesday, January 15, 2014 12:15 PM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:12-cv-00716-WWE Garnet Analytics, Inc. v. Diversified Solutions, Inc. et al Order on Motion for Disclosure |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### United States District Court for the District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 1/15/2014 at 12:14 PM EST and filed on 1/15/2014
**Case Name:**      Garnet Analytics, Inc. v. Diversified Solutions, Inc. et al
**Case Number:**      3:12-cv-00716-WWE
**Filer:**
**Document Number:** 326(No document attached)

**Docket Text:**
**ORDER granting [323] Second MOTION for Disclosure of Assets in Support of Application for Prejudgment Remedy (Supplemental). Defendants are hereby ordered to bring their compliance with this order to the settlement conference on January 16, 2014. Signed by Judge Warren W. Eginton on 1/15/2014. (Ghilardi, K.)**

**3:12-cv-00716-WWE Notice has been electronically mailed to:**

George D. Royster, Jr royster@halloran-sage.com, mcdermott@halloran-sage.com, pinell@halloran-sage.com

Christopher P. McCormack cmccormack@pullcom.com, lgaripova@pullcom.com, mdupont@pullcom.com, plebel-lasse@pullcom.com

Christopher J. McCarthy McCarthy@Halloran-Sage.com

Daniel J. Krisch krisch@halloran-sage.com, houle@halloran-sage.com

Adam S. Mocciolo Amocciolo@pullcom.com, lbaranyar@pullcom.com

1

Joseph J. Arcata, III arcata@halloran-sage.com, bernier@halloran-sage.com

Peter Robert Meggers meggers@halloran-sage.com

**3:12-cv-00716-WWE Notice has been delivered by other means to:**

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARNET ANALYTICS, INC. | ) | CIVIL ACTION |
| | ) | NO. 3:12-CV-00716 (WWE) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| DIVERSIFIED SOLUTIONS, INC., | ) | |
| MICHAEL LUNDY AND BRIAN SOL | ) | |
| | ) | |
| Defendants. | ) | JANUARY 15, 2014 |

### SUGGESTION OF BANKRUPTCY

TO THE HONORABLE WARREN W. EGINTON:

COMES NOW Diversified Solutions, Inc., a California corporation, and files this its Suggestion of Bankruptcy and in support thereof would respectfully show the Court the following:

1.    On January 14, 2014, Diversified Solutions, Inc. filed a petition for relief under Chapter 11, United States Code, in the United States Bankruptcy Court for the Western District of Texas, Austin Division, which bears case number 14-10069.

2.    A true and correct copy of the ECF Notification of Filing is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

WHEREFORE, Diversified Solutions, Inc. suggests that this action has been stayed by the operation of 11. U.S.C. § 362(a).

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Respectfully submitted,

THE DEFENDANTS,
DIVERSIFIED SOLUTIONS, INC.,
MICHAEL LUNDY AND
BRIAN SOL

By /s/ Joseph J. Arcata
   Joseph J. Arcata, III
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   Fed. Bar #ct 27104
   Phone: 860 241-4092
   Fax:   860-548-0006
   arcata@halloransage.com
   Their Attorneys

## CERTIFICATION

This is to certify that on this 15th day of January, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Christopher P. McCormack, Esq.
Adam S. Mocciolo, Esq.
Pullman & Comley LLC
850 Main Street
Bridgeport, CT 06601

   /s/ Joseph J. Arcata III
   Joseph J. Arcata, III

3003557v.1
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

# EXHIBIT A

| | |
|---|---|
| **From:** | txwb_systems@txwb.uscourts.gov |
| **Sent:** | Tuesday, January 14, 2014 4:54 PM |
| **To:** | Courtmail@txwb.uscourts.gov |
| **Subject:** | 14-10069 Ch-11 Voluntary Petition Chapter 11 Diversified Solutions, Inc. |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Western District of Texas

Notice of Bankruptcy Case Filing

The following transaction was received from Lynn H. Butler entered on 1/14/2014 at 4:54 PM CST and filed on 1/14/2014

**Case Name:**  Diversified Solutions, Inc.
**Case Number:**  14-10069
**Document Number:** 1

**Docket Text:**
Voluntary Petition under Chapter 11 Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation ( Filing Fee: $ 1213, ) Filed By Diversified Solutions, Inc.. -Declaration for Electronic Filing due by 01/21/2014 (Butler, Lynn)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\deaconc\Desktop\Diversified Petition.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988230274 [Date=1/14/2014] [FileNumber=19605108-0
] [7dc4335df484c8f8a0243525595583f7393a20ccd697e48921b1bc55a372d47e8e3
de4985a6b6f416ae414ac99b6e76b27e03dae655662e581fae3f7627593eb]]

**14-10069 Notice will be electronically mailed to:**

Lynn H. Butler on behalf of Debtor Diversified Solutions, Inc.
lynn.butler@huschblackwell.com,
sam.chang@huschblackwell.com;penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

United States Trustee - AU12

# EXHIBIT A

ustpregion07.au.ecf@usdoj.gov

**14-10069 Notice will not be electronically mailed to:**