IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIVERSIFIED SOLUTIONS, INC., | § | CASE NO. 14-10069-TMD |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**DIVERSIFIED SOLUTIONS, INC.'S WITNESS AND EXHIBIT LIST**
[Relating to Docket No. 27]

Diversified Solutions, Inc. (the "Debtor") files its *Witness and Exhibit List* for the February 24, 2014 hearing on the *Motion of Garnet Analytics, Inc. for Relief from the Automatic Stay to Continue Connecticut Federal District Court Action* ("*Motion to Lift Stay*") [Docket No. 27].

**I. WITNESSES**

    a. Michael Lundy, President of the Debtor.

The Debtor reserves the right to cross-examine any witness called by any other party and call rebuttal witnesses, if necessary.

**II. EXHIBITS**

| Exhibit No. | Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1 | Complaint; Civil Action No. 3:12-cv-00716-WWE; In the United States District Court for Connecticut | | | | | | |
| 2 | Defendants' First Amended Answer and Counterclaims; Civil Action No. 3:12-cv-00716-WWE; In the United States District Court for Connecticut | | | | | | |

AUS-5944989-1 519891/1

| Exhibit No. | Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 3 | Amended Ruling on Plaintiff's Application for Prejudgment Remedy; Civil Action No. 3:12-cv-00716-WWE; In the United States District Court for Connecticut | | | | | | |
| 4 | Suggestion of Bankruptcy; Civil Action No. 3:12-cv-00716-WWE; In the United States District Court for Connecticut | | | | | | |
| 5 | Plaintiff's Motion for Order of Contempt; Civil Action No. 3:12-cv-00716-WWE; In the United States District Court for Connecticut | | | | | | |
| 6 | Plaintiff's Emergency Motion for Order Concerning Effect of Bankruptcy Petition by Diversified Solution, Inc. on Claims Against Individual Defendants Michael Lundy and Brian Sol; Civil Action No. 3:12-cv-00716-WWE; In the United States District Court for Connecticut | | | | | | |
| 7 | E-mail threads | | | | | | |
| 8 | Any exhibit offered by any other party | | | | | | |

The Debtor reserves the right to amend or supplement this *Witness and Exhibit List* at any time prior to the hearing.

| | |
|---|---|
| Date: February 19, 2014 | HUSCH BLACKWELL LLP<br>111 Congress Avenue, Suite 1400<br>Austin, Texas 78701<br>(512) 472-5456<br>(512) 226-7318 (fax)<br>lynn.butler@huschblackwell.com<br>sam.chang@huschblackwell.com<br><br>By: */s/ Lynn Hamilton Butler*<br>   Lynn Hamilton Butler<br>   State Bar No. 03527350<br>   Sam Chang<br>   State Bar No. 24078333<br><br>PROPOSED ATTORNEYS FOR<br>DIVERSIFIED SOLUTIONS, INC. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2014, a true and correct copy of the foregoing pleading was served, via the Court's CM/ECF notification system to the parties registered to receive notice on such system, and via first class mail, the very next day, to the parties on the attached mailing matrix.

*/s/ Lynn Hamilton Butler*
Lynn Hamilton Butler

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 14-10069-tmd<br>Western District of Texas<br>Austin<br>Thu Jan 16 14:53:52 CST 2014 | Diversified Solutions, Inc.<br>8101 Avella Drive<br>Austin, TX 78729-4939 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| Adam S. Mocciolo<br>Pullman & Comley<br>850 Main Street<br>Bridgeport, CT 06604-4988 | Alison Marie Perry<br>Pullman & Comley<br>840 Main Street<br>Bridgeport, CT 06604 | Amber Giles<br>5102 Doss Road<br>Austin, TX 78734-1209 |
| American Express<br>Attn: Bankruptcy Division<br>P.O. Box 360002<br>Fort Lauderdale, FL 33336-0002 | Anthem Blue Cross<br>P.O. Box 9051<br>Oxnard, CA 93031-9051 | Audimation Services, Inc.<br>1250 Wood Branch Park Dr., Suite 480<br>Houston, TX 77079-1212 |
| Brian J. Sol<br>P.O. Box 2472<br>Stateline, NV 89449-2472 | CH Services, Inc.<br>11011 Domain Drive<br>Austin, TX 78758-7764 | Christopher P. McCormack<br>Pullman & Comley<br>840 Main Street<br>Bridgeport, CT 06604 |
| Cody Hobza<br>13008 Hymeadow Circle<br>Austin, TX 78729-1758 | Dan Hernandez<br>2635 W. 45th<br>Austin, TX 78731-5941 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Diamond Aviation Services<br>3205 Paseo Vista<br>San Martin, CA 95046-9700 | Earthnet, Inc.<br>4735 Walnut St., Suite F<br>Boulder, CO 80301-2553 | Elizabeth Viveros<br>1175 Prussian Way<br>Oceanside, CA 92057-1840 |
| Employment Development Department<br>State of California<br>Bankruptcy Unit - MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | FedEx<br>Attn: Bankruptcy Div.<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Garnet Analytics, Inc.<br>324 Elm Street, Suite 103B<br>Monroe, CT 06468-2283 | Halloran & Sage LLP<br>Attn: Joseph J. Arcata, III, Esq.<br>One Goodwin Square<br>225 Asylum St.<br>Hartford, CT 06103-1516 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kondler & Associates<br>6460 Medical Center St., Suite 230<br>Las Vegas, NV 89148-2421 | Larry Conklin<br>1175 Prussian Way<br>Oceanside, CA 92057-1840 | Lubich & Lubich<br>16375 Monterey Road, Suite N<br>Morgan Hill, CA 95037-5442 |
| Lynn H. Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | Manaya Management, Inc.<br>P.O. Box 2472<br>Stateline, NV 89449-2472 | Mark Astleford<br>15450 FM 1325 - Apt. # 1536<br>Austin, TX 78728-2838 |

| | | |
|---|---|---|
| Michael Lundy<br>8101 Avella Drive<br>Austin, TX 78729-4939 | Moco Tax<br>3080 Bristol Street, Suite 110<br>Costa Mesa, CA 92626-3055 | PM3 Consulting, Inc.<br>3220 Feathergrass Ct., 9106<br>Austin, TX 78758-7778 |
| Patricia Menz<br>2207 Pasadena Dr., #9<br>Austin, TX 78757-2214 | Premiere Global Services<br>P.O. Box 404351<br>Atlanta, GA 30384-4351 | Secretary of State<br>State of California<br>1500 11th Street<br>Sacramento, CA 95814-5701 |
| Secrtary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, DC 20220-0001 | Sourcive, Inc.<br>4255 Garlan Lane<br>Reno, NV 89509-5444 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| Texas Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Workforce Commission<br>Tax-Collections<br>101 E. 15th Street<br>Austin, TX 78778-0001 |
| Tristan Scott Cowperthwait<br>Pullman & Comley<br>840 Main Street<br>Bridgeport, CT 06604 | U.S. Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0009 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| U.S. Department of the Treasury<br>Attn: Bankruptcy Dept.<br>Ogden, UT 84201-0001 | Unified Services<br>2635 W. 45th<br>Austin, TX 78731-5941 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| Verizon<br>Attn: Bankruptcy Div<br>P.O. Box 920041<br>Dallas, TX 75392-0041 | Verizon Wireless<br>Attn: Bankruptcy Div.<br>P.o. Box 660108<br>Dallas, TX 75266-0108 | Wells Fargo Business Card<br>P.O. Box 54349<br>Los Angeles, CA 90054-0349 |
| Williamson County Tax Assessor<br>904 South Main<br>Georgetown, TX 78626-5829 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of Treasury<br>Attn: Bankruptcy Div.<br>P.O. Box 105083<br>Atlanta, GA 30348 | (d)Internal Revenue Service<br>Attn: Bankruptcy Division<br>P.O. Box 105078<br>Atlanta, GA 30348 | (d)Internal Revenue Service<br>Attn: Bankruptcy Division<br>P.O. Box 105083<br>Atlanta, GA 30348 |

| | | |
|---|---|---|
| State Board of Equalization<br>State of California<br>Account & Analysis & Control Section<br>P.O. Box 942879<br>Sacramento, CA 94279 | Texas Comptroller<br>c/o Susan Combs<br>P.O. Box 13528<br>Austin, TX 78711-3528 | U.S. Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Brian J. Sol.<br>P.O. Box 2472<br>Stateline, NV 89449-2472 | (d)Lynn H. Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | End of Label Matrix<br>Mailable recipients 51<br>Bypassed recipients 2<br>Total 53 |