IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 14-10069 |
| **DIVERSIFIED SOLUTIONS, INC.** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

ORDER GRANTING
DIVERSIFIED SOLUTIONS, INC.'S MOTION FOR AUTHORITY TO TRANSFER
BANK ACCOUNT FUNDS TO ITS DEBTOR-IN-POSSESSION BANK ACCOUNT

On this day, the Court considered the *Motion for Authority to Transfer Bank Account Funds to its Debtor-in-Possession Bank Account* ("*Motion to Transfer Funds*") filed by Diversified Solutions, Inc. (the "Debtor"). Having considered the *Motion to Transfer Funds*, the Court is of the opinion that it should be granted. It is therefore

ORDERED that the *Motion to Transfer Funds* is GRANTED. It is further

ORDERED that the Debtor is authorized to transfer its funds currently held at Wells Fargo Bank, N.A. and U.S. Bank, including the funds that have been frozen, to the Debtor's debtor-in-possession account at Comerica Bank. It is further

1

ORDERED that both the Debtor and Garnet Analytics, Inc. reserve all of their respective rights and claims regarding the funds to be transferred to the Debtor's debtor-in-possession account at Comerica Bank.

# # #

Proposed order submitted by:

Lynn Hamilton Butler
State Bar No. 03527350
Sam Chang
State Bar No. 24078333
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 226-7318 (fax)
lynn.butler@huschblackwell.com
sam.chang@huschblackwell.com


PROPOSED ATTORNEYS FOR
DIVERSIFIED SOLUTIONS, INC.