IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 14-10069 |
| **DIVERSIFIED SOLUTIONS, INC.** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**MOTION TO EXPEDITE HEARING ON**
**MOTION FOR COMPROMISE**

TO THE HONORABLE TONY M. DAVIS,
UNITED STATES BANKRUPTCY JUDGE:

DIVERSIFIED SOLUTIONS, INC., the Debtor-In-Possession files this *Motion to Expedite Hearing on Motion for Compromise* ("Motion to Expedite") and would respectfully show the Court as follows:

1. On April 9, 2014, the Debtor jointly filed its Motion To Approve (I) Compromise With Garnet Analytics Under Rule 9019 And (II) Dismissal Of Case Upon Payment Of Non-Insider Creditors.

2. Given that the compromise fully resolves all of the disputes between the Debtor and Garnet and, effectively, obviates the need for the continuation of the Debtor's Chapter 11 case or a conversion of the case to a Chapter 7 case, the Debtor believes that expedited consideration of the Motion is appropriate in light of the Court's Order To Show Cause hearing set for April 10, 2014

AUS-5961548-1

WHEREFORE, the Debtor requests this Court: (i) grant this Motion to Expedite; (ii) schedule a hearing on its Motion for Compromise at its earliest convenience; and (iii) grant such further relief to which it is justly entitled.

Date: April 9, 2014            Respectfully submitted,

                                                HUSCH BLACKWELL LLP
                                                111 Congress Ave., Suite 1400
                                                Austin, Texas 78701
                                                (512) 472-5456
                                                (512) 226-7318 (Fax)
                                                lynn.butler@huschblackwell

                                  By:   */s/ Lynn Hamilton Butler*
                                                   Lynn Hamilton Butler
                                                   State Bar No. 03527350

                                                ATTORNEYS FOR DEBTOR

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Garnet Analytics who is not opposed to an expedited hearing.

                                                */s/ Lynn Hamilton Butler*
                                                Lynn Hamilton Butler

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2014, a true and correct copy of the foregoing pleading was served, via the Court's CM/ECF notification system and/or regular first class mail, on the parties set forth on the attached Matrix.

                                                */s/ Lynn Hamilton Butler*
                                                Lynn Hamilton Butler

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | Case No. 14-10069 |
| **DIVERSIFIED SOLUTIONS, INC.** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON
MOTION FOR COMPROMISE**

Came on for consideration, the Motion to Expedite Hearing on Motion for Compromise, and the Court, having reviewed and considered the Motion, finds that it is meritorious and should be granted. It is, therefore:

ORDERED that Motion to Expedite Hearing on Motion for Compromise be, and hereby is, GRANTED; and it is further

ORDERED that a hearing on the Motion for Compromise is set for April \_\_\_\_, 2014 at \_\_\_\_ \_.m. Debtor shall be responsible for notice.

# # #

AUS-5961551-1

Order prepared and submitted by:

Lynn Hamilton Butler
State Bar No. 03527350
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 479-9758
(512) 226-7318 (fax)

PROPOSED ATTORNEYS FOR
DIVERSIFIED SOLUTIONS, INC.

AUS-5961551-1