IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIVERSIFIED SOLUTIONS, INC. | § | CASE NO. 14-10069 |
|    Debtor | § | Chapter 11 |
| | § | |

### AMENDED EXPEDITED JOINT MOTION TO DISMISS CASE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**If no timely response is filed by April 24, 2014, the relief requested herein may be granted without a hearing being held.**

**Expedited consideration of this motion has been sought. The Court has set the hearing on this motion for April 28, 2014 at 9:30 a.m. in Courtroom #1, United States Bankruptcy Court, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Third Floor, Austin, Texas 78701.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE HONORABLE TONY M. DAVIS,
UNITED STATES BANKRUPTCY JUDGE:

Diversified Solutions, Inc., Debtor-in-Possession, and Garnet Analytics, Inc. ("Garnet") move this court to dismiss the Debtor's Chapter 11 case and would respectfully show the Court as follows:

### Summary

The Court's Order to Show Cause raised the possibility of the appointment of a Chapter 11 Trustee, conversion or dismissal. On April 7, 2014, the Debtor and Garnet met to explore a compromise of their disputes that would be approvable by this Court. Because the Court's comments on the record on March 31, 2014, in light of the resolution of the Garnet dispute, the Debtor and Garnet move for the dismissal of the case as being in the interests of creditors.

## Jurisdiction and Venue

1. This Court has jurisdiction by virtue of 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(1), (b)(2)(A), (B), and (O). The Court has authority to enter final orders granting the relief sought in this motion because the relief sought is sought pursuant to Section 1112 and 349 of the Bankruptcy Code – adjudicating public rights arising under the code.

2. Venue is proper in this District pursuant to 28. U.S.C. § 1408(1) because the Debtor's principal place of business has been located in this District for more than 180 days preceding the filing of this bankruptcy case.

## Expedited Consideration

3. Expedited consideration is warranted under the balancing of the equities. Creditors face the hardship of delayed payment and the Debtor faces additional tax and administration costs if the compromise is delayed. There is no harm to the creditors from this dismissal and their rights are not being affected.

## Factual Background

4. Garnet and the Debtor have been in litigation arising out of a business relationship that ended in 2012. In that litigation, Garnet obtained prejudgment relief against the Debtor pursuant to Connecticut law permitting Garnet to attach $2.188 million. The order authorizing this relief omitted several categories of damages that Garnet would claim in a final judgment; Garnet would contend that recoverable damages and interest would exceed $5 Million. A judgment including punitive damages under the Connecticut Unfair Trade Practices Act could double or treble certain components of an award, resulting in a judgment potential in the range of $9 million.

5. As the Court noted on the record in a hearing in this matter on March 31, 2014, the Debtor has scheduled other non-insider claims totaling approximately $370,000. The rights of those creditors are not impaired by the dismissal of the case or the approval of the Garnet settlement on the terms proposed.

### Relief Requested

6. By this Motion, the Debtor and Garnet seek dismissal of the Debtor's case under 11 U.S.C. §1112.

7. The UST requests that the Order provide for payment of any quarterly fees owed to the UST and any noticing fees owed to the Clerk of the Bankruptcy Court at the time of dismissal of the case pursuant to 28 U.S.C. § 1930.

### Basis for Relief

8. Under 11 U.S.C. §1112 the Court may dismiss a case for "cause", which includes a non-exclusive list of factors.

9. The Debtor submits that sound business justification exists to dismiss the Debtor's case. First, the dismissal will end the administrative costs and encourages the Debtor to continue operating, which permits it to pay ongoing creditors. Second, dismissal permits creditors to act freely with the Debtor. Third, all creditors benefit from avoiding the future costs and expenses associated with continuation of the Connecticut litigation and the bankruptcy.

### Notice is being Provided

10. Notice of this Motion has been or will be provided to the U.S. Trustee, the creditors on the Debtor's mailing matrix, any persons who have filed a request for notice pursuant to Bankruptcy Rule 2002, and any such other government agencies to the extent

required by the Bankruptcy Rules and Local Rules. The Debtor submits that no further notice of this Motion is required.

## Conclusion

11. In this case, the parties that are active in the case seek dismissal. Dismissal is in the interests of the creditors.

## Prayer

WHEREFORE, the Debtor and Garnet request that the Court enter an Order:

(1) Dismissing the case as set forth on the proposed order; and

(2) Granting such other and further relief as is proper.

Dated: April 11, 2014.

Respectfully submitted,

**HUSCH BLACKWELL, LLP**

*/s/ Lynn H. Butler*
Lynn Hamilton Butler, Esq.
State Bar No. 03527350
111 Congress Ave Ste 1400
Austin, TX 78701
*Attorneys for the Debtor*

And

**PULLMAN & COMLEY, LLC**

/s/ Christopher P. McCormack
By: Christopher P. McCormack
Irve J. Goldman
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203) 330-2000
Facsimile: (203) 576-8888
cmccormack@pullcom.com
igoldman@pullcom.com

*Attorneys for Garnet Analytics, Inc.*

4

and

**McKOOL SMITH P.C.**

By: */s/ Hugh M. Ray*
HUGH M. RAY, III
State Bar No. 24004246
600 Travis, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

*Attorneys for Garnet Analytics, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 11, 2014 a true and correct copy of this document was served on all parties on the attached official service list by electronic means as listed on the Court's ECF noticing system, and by United States first class mail, postage prepaid at the address indicated.

/s/ Lynn H. Butler
Lynn Hamilton Butler

5

```
Label Matrix for local noticing          Diversified Solutions, Inc.          U.S. BANKRUPTCY COURT
0542-1                                    8101 Avella Drive                    903 SAN JACINTO, SUITE 322
Case 14-10069-tmd                         Austin, TX 78729-4939                AUSTIN, TX 78701-2450
Western District of Texas
Austin
Wed Apr  9 12:58:06 CDT 2014

Adam S. Mocciolo                          Alison Marie Perry                   Amber Giles
Pullman & Comley                          Pullman & Comley                     5102 Doss Road
850 Main Street                           840 Main Street                      Austin, TX 78734-1209
Bridgeport, CT 06604-4988                 Bridgeport, CT 06604


American Express                          Anthem Blue Cross                    Audimation Services, Inc.
Attn: Bankruptcy Division                 P.O. Box 9051                        1250 Wood Branch Park Dr., Suite 480
P.O. Box 360002                           Oxnard, CA 93031-9051                Houston, TX 77079-1212
Fort Lauderdale, FL 33336-0002


Brian J. Sol                              CH Services, Inc.                    Christopher P. McCormack
P.O. Box 2472                             11011 Domain Drive                   Pullman & Comley
Stateline, NV 89449-2472                  Austin, TX 78758-7764                840 Main Street
                                                                               Bridgeport, CT 06604


Cody Hobza                                Dan Hernandez                        (p)INTERNAL REVENUE SERVICE
13008 Hymeadow Circle                     2635 W. 45th                         CENTRALIZED INSOLVENCY OPERATIONS
Austin, TX 78729-1758                     Austin, TX 78731-5941                PO BOX 7346
                                                                               PHILADELPHIA PA 19101-7346


Diamond Aviation Services                 Earthnet, Inc.                       Elizabeth Viveros
3205 Paseo Vista                          4735 Walnut St., Suite F             1175 Prussian Way
San Martin, CA 95046-9700                 Boulder, CO 80301-2553               Oceanside, CA 92057-1840


Employment Development Department         FedEx                                Franchise Tax Board
State of California                       Attn: Bankruptcy Div.                Bankruptcy Section MS A340
Bankruptcy Unit - MIC 92E                 P.O. Box 7221                        PO Box 2952
P.O. Box 826880                           Pasadena, CA 91109-7321              Sacramento, CA 95812-2952
Sacramento, CA 94280-0001


Franchise Tax Board                       Garnet Analytics, Inc.               Garnet Analytics, Inc.
Bankruptcy Section, MS A-340              324 Elm Street, Suite 103B           c/o Hugh M. Ray, III
P.O. Box 2952                             Monroe, CT 06468-2283                McKool Smith PC
Sacramento, CA 95812-2952                                                      600 Travis Suite 7000
                                                                               Houston, TX 77002-3018


Halloran & Sage LLP                       Internal Revenue Service             Kondler & Associates
Attn: Joseph J. Arcata, III, Esq.         P.O. Box 7346                        6460 Medical Center St., Suite 230
One Goodwin Square                        Philadelphia, PA 19101-7346          Las Vegas, NV 89148-2421
225 Asylum St.
Hartford, CT 06103-1516


Larry Conklin                             Lubich & Lubich                      Lynn H. Butler
1175 Prussian Way                         16375 Monterey Road, Suite N         Husch Blackwell LLP
Oceanside, CA 92057-1840                  Morgan Hill, CA 95037-5442           111 Congress Avenue, Suite 1400
                                                                               Austin, TX 78701-4093
```

```
Manaya Management, Inc.              Mark Astleford                       Michael Lundy
P.O. Box 2472                        15450 FM 1325 - Apt. # 1536          8101 Avella Drive
Stateline, NV 89449-2472             Austin, TX 78728-2838                Austin, TX 78729-4939


Moco Tax                             PM3 Consulting, Inc.                 Patricia Menz
3080 Bristol Street, Suite 110       3220 Feathergrass Ct., 9106          2207 Pasadena Dr., #9
Costa Mesa, CA 92626-3055            Austin, TX 78758-7778                Austin, TX 78757-2214


Premiere Global Services             Secretary of State                   Secrtary of the Treasury
P.O. Box 404351                      State of California                  1500 Pennsylvania Avenue, N.W.
Atlanta, GA 30384-4351               1500 11th Street                     Washington, DC 20220-0001
                                     Sacramento, CA 95814-5701


Sourcive, Inc.                       (p)CALIFORNIA STATE BOARD OF EQUALIZATION   Texas Attorney General
4255 Garlan Lane                     ACCOUNT REFERENCE GROUP MIC 29              Bankruptcy & Collections Division
Reno, NV 89509-5444                  P O BOX 942879                              P.O. Box 12548
                                     SACRAMENTO CA 94279-0029                    Austin, TX 78711-2548


(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS         Texas Workforce Commission       Tristan Scott Cowperthwait
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION     Tax-Collections                  Pullman & Comley
PO BOX 13528                                    101 E. 15th Street               840 Main Street
AUSTIN TX 78711-3528                            Austin, TX 78778-0001            Bridgeport, CT 06604


U.S. Attorney General                (p)US BANK                           U.S. Department of the Treasury
Department of Justice                PO BOX 5229                          Attn: Bankruptcy Dept.
950 Pennsylvania Avenue NW           CINCINNATI OH 45201-5229             Ogden, UT 84201-0001
Washington, DC 20530-0009


Unified Services                     United States Trustee - AU12         Verizon
2635 W. 45th                         United States Trustee                Attn: Bankruptcy Div
Austin, TX 78731-5941                903 San Jacinto Blvd, Suite 230      P.O. Box 920041
                                     Austin, TX 78701-2450                Dallas, TX 75392-0041


Verizon Wireless                     Wells Fargo Business Card            Williamson County Tax Assessor
Attn: Bankruptcy Div.                P.O. Box 54349                       904 South Main
P.o. Box 660108                      Los Angeles, CA 90054-0349           Georgetown, TX 78626-5829
Dallas, TX 75266-0108
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department of Treasury               (d)Internal Revenue Service          (d)Internal Revenue Service
Attn: Bankruptcy Div.                Attn: Bankruptcy Division            Attn: Bankruptcy Division
P.O. Box 105083                      P.O. Box 105078                      P.O. Box 105083
Atlanta, GA 30348                    Atlanta, GA 30348                    Atlanta, GA 30348
```

State Board of Equalization
State of California
Account & Analysis & Control Section
P.O. Box 942879
Sacramento, CA 94279

Texas Comptroller
c/o Susan Combs
P.O. Box 13528
Austin, TX 78711-3528

U.S. Bank
P.O. Box 790408
Saint Louis, MO 63179

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Brian J. Sol.
P.O. Box 2472
Stateline, NV 89449-2472

(d)Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

(d)Lynn H. Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701-4093

End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56

**IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF TEXAS  
AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DIVERSIFIED SOLUTIONS, INC.** | § | **CASE NO. 14-10069** |
| Debtor | § | **Chapter 11** |
| | § | |

## ORDER ON AMENDED EXPEDITED JOINT MOTION TO DISMISS CASE

On this day, the Court considered the Amended Expedited Joint Motion To Dismiss Case filed by Diversified Solutions, Inc., Debtor-in-Possession, and Garnet Analytics, Inc. ("Garnet").

This Court has jurisdiction by virtue of 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(1), (b)(2)(A), (B), and (O). The Court has authority to enter final orders granting the relief sought in this motion because the relief sought is sought pursuant to Section 1112 and 349 of the Bankruptcy Code – adjudicating public rights arising under the code.

Venue is proper in this District pursuant to 28. U.S.C. § 1408(1) because the Debtor's principal place of business has been located in this District for more than 180 days preceding the filing of this bankruptcy case.

1

Notice of the Motion and the hearing is adequate under the circumstances.

After review of the pleadings, argument of counsel and consideration of the events in this case, the Court finds that cause exists under Bankruptcy Code § 1112 to dismiss the Debtor's Chapter 11 case.

ACCORDINGLY, the Court GRANTS the Amended Expedited Joint Motion To Dismiss Case filed by Diversified Solutions, Inc., Debtor-in-Possession, and Garnet Analytics, Inc.

The Chapter 11 case of Diversified Solutions, Inc., Case No. 14-10069, filed in the Western District of Texas, Austin Division, is hereby dismissed.

The Debtor shall pay the United States Trustee the sum of $____ for that amount owed pursuant to 28 U.S.C. § 1930 for the _____ quarters within 10 days of entry of this order. Quarterly fees shall continue to accrue until the case is closed, dismissed, or converted.

###