## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 14-10069 |
| DIVERSIFIED SOLUTIONS, INC. | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### AMENDED MOTION TO EXPEDITE HEARING ON AMENDED EXPEDITED JOINT MOTION TO DISMISS CASE AND AMENDED EXPEDITED JOINT MOTION TO APPROVE COMPROMISE WITH GARNET ANALYTICS UNDER RULE 9019

TO THE HONORABLE TONY M. DAVIS,
UNITED STATES BANKRUPTCY JUDGE:

DIVERSIFIED SOLUTIONS, INC., the Debtor-In-Possession files this *Amended Motion to Expedite Hearing on the Amended Expedited Joint Motion to Dismiss Case ("Motion to Dismiss," Docket No. 78) and the Amended Expedited Joint Motion to Approve Compromise with Garnet Analytics Under Rule 9019 ("Amended Motion to Approve Compromise," Docket No. 79)* ("Amended Motion to Expedite") and would respectfully show the Court as follows:

1.      On April 11, 2014, the Debtor filed an Amended Motion to Dismiss Case and an Amended Motion to Approve Compromise with Garnet Analytics under Rule 9019.

2.      Given that the compromise fully resolves all of the disputes between the Debtor and Garnet and, effectively, obviates the need for the continuation of the Debtor's Chapter 11 case or a conversion of the case to a Chapter 7 case, the Debtor believes that expedited consideration of the Amended Motions are appropriate in light of the Court's Order To Show Cause hearing held on April 10, 2014.

3.      Further, as agreed to by all the parties at the April 10, 2014 hearing, the proposed hearing dates provide appropriate notice to all parties in interest.

WHEREFORE, the Debtor requests this Court: (i) grant this Amended Motion to

Expedite; (ii) objections to the Motion to Compromise shall be filed on or before 5:00 p.m. Central Time on April 24, 2014 with copies delivered to counsel for the Debtor and counsel for Garnet Analytics, Inc. by the same date; (iii) set a hearing on its Amended Motion to Dismiss and its Amended Motion for Compromise for April 28, 2014 at 9:30 a.m. in Courtroom #1, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Suite 322, Austin, TX 78701; (iv) any witnesses for Garnet Analytics, Inc., may appear through proffer or affidavit ( if needed) at the above hearing if no objection is filed; and (iii) grant such further relief to which it is justly entitled.

Date: April 11, 2014

Respectfully submitted,

HUSCH BLACKWELL LLP
111 Congress Ave., Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 226-7318 (Fax)
lynn.butler@huschblackwell

By: */s/ Lynn Hamilton Butler*
    Lynn Hamilton Butler
    State Bar No. 03527350

ATTORNEYS FOR DEBTOR

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Garnet Analytics who is not opposed to an expedited hearing.

*/s/ Lynn Hamilton Butler*
Lynn Hamilton Butler

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2014, a true and correct copy of the foregoing pleading was served, via the Court's CM/ECF notification system and/or regular first class mail, on the parties set forth on the attached Matrix.

*/s/ Lynn Hamilton Butler*
Lynn Hamilton Butler

2

AUS-5962344-1 519891/1

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 14-10069** |
| **DIVERSIFIED SOLUTIONS, INC.** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER GRANTING AMENDED MOTION TO EXPEDITE HEARING ON**
**AMENDED MOTION FOR COMPROMISE**

Came on for consideration, the Amended Motion to Expedite Hearing on Amended Motion for Compromise, and the Court, having reviewed and considered the Motion, finds that it is meritorious and should be granted. It is, therefore:

ORDERED that Motion to Expedite Hearing on Motion for Compromise be, and hereby is, GRANTED, with the instruction that the Debtor amend the Motion to Compromise (as described on the record) and serve two motions, one Amended Motion to Compromise and one Motion to Dismiss, to be served today, and service which shall conspicuously include notice of the shortened response deadlines and hearing date set forth herein; and it is further

AUS-5961551-2

ORDERED that a hearing on the Motion for Compromise (as amended) is set for April 28, 2014 at 9:30 a.m., with any objections to the Motion for Compromise to be filed on or before 5:00 PM Central Time on April 24, 2014 with copies of such objections actually delivered to counsel for the Debtor and counsel for Garnet Analytics, Inc. by the same date;

ORDERED that a hearing on the Debtor's Motion to Dismiss (as amended) is set for April 28, 2014 at 9:30 a.m. in Courtroom #1, Homer J. Thornberry Federal Judicial Building 903 San Jacinto Blvd., Suite 322 Austin, TX 78701, with any objections to the Motion for Compromise to be filed with the Clerk on or before April 24, 2014 with copies of such objections delivered to counsel for the Debtor, counsel for Garnet Analytics, Inc. and the United States Trustee by the same date;

ORDERED that, to the extent necessary, the above hearing dates and response deadlines are modified pursuant to Bankruptcy Rule 9006;

ORDERED that witnesses for Garnet Analytics, Inc. may appear through proffer or affidavit (if needed) at the above hearings if no objection is filed; and,

ORDERED that Debtor shall be responsible for notice.

# # #

Order prepared and submitted by:

Lynn Hamilton Butler
State Bar No. 03527350
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 479-9758
(512) 226-7318 (fax)

ATTORNEYS FOR
DIVERSIFIED SOLUTIONS, INC.

2

AUS-5961551-2

3