

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 05, 2014.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIVERSIFIED SOLUTIONS, INC. | § | CASE NO. 14-10069 |
|    Debtor | § | Chapter 11 |
| | § | |

## ORDER ON EXPEDITED JOINT MOTION TO DISMISS CASE

On this day, the Court considered the Expedited Joint Motion To Dismiss Case filed by Diversified Solutions, Inc., Debtor-in-Possession, and Garnet Analytics, Inc. ("Garnet").

This Court has jurisdiction by virtue of 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(1), (b)(2)(A), (B), and (O). The Court has authority to enter final orders granting the relief sought in this motion because the relief sought is sought pursuant to Section 1112 and 349 of the Bankruptcy Code – adjudicating public rights arising under the code.

Venue is proper in this District pursuant to 28. U.S.C. § 1408(1) because the Debtor's principal place of business has been located in this District for more than 180 days preceding the filing of this bankruptcy case.

1

Notice of the Motion and the hearing is adequate under the circumstances.

After review of the pleadings, argument of counsel and consideration of the events in this case, the Court finds that cause exists under Bankruptcy Code § 1112 to dismiss the Debtor's Chapter 11 case.

ACCORDINGLY, the Court GRANTS the Expedited Joint Motion To Dismiss Case filed by Diversified Solutions, Inc., Debtor-in-Possession, and Garnet Analytics, Inc.

The Chapter 11 case of Diversified Solutions, Inc., Case No. 14-10069, filed in the Western District of Texas, Austin Division, is hereby dismissed.

The Debtor shall pay the United States Trustee the sum of $10,400.00 for that amount owed pursuant to 28 U.S.C. § 1930 for the First and Second Quarters of 2014 within 10 days of entry of this order. Quarterly fees shall continue to accrue until the case is closed, dismissed, or converted.

###

Proposed order submitted by:

Lynn Hamilton Butler
State Bar No. 03527350
Sam Chang
State Bar No. 24078333
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 226-7318 (fax)
lynn.butler@huschblackwell.com
sam.chang@huschblackwell.com

ATTORNEYS FOR DIVERSIFIED SOLUTIONS, INC.

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

**Bankruptcy Case No.:** 14–10069–tmd
**Chapter No.:** 11
**Judge:** Tony M. Davis

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Diversified Solutions, Inc.
8101 Avella Drive
Austin, TX 78729
**SSN/TAX ID:**
 65–1233254

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

for Debtor on **5/5/14**          for Joint Debtor (if any) on **N/A**

Dated: 5/5/14

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Notice of Dismissal (BK)] [NtcDsmBKapac]